# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADENIYI ADEREMI OKUNLOLA | § | Case No. 6:10-04761-KSJ |
| ANGELA FRANCESCA OKUNLOLA | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/24/2010 . The undersigned trustee was appointed on 07/23/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | | |
|---|---|---|---|
| 4. | The trustee realized gross receipts of | $ | 300,000.00 |
| | Funds were disbursed in the following amounts: | | |
| | Payments made under an interim disbursement | | 0.00 |
| | Administrative expenses | | 122,787.05 |
| | Bank service fees | | 855.92 |
| | Other payments to creditors | | 0.00 |
| | Non-estate funds paid to 3rd Parties | | 0.00 |
| | Exemptions paid to the debtor | | 0.00 |
| | Other payments to the debtor | | 0.00 |
| | Leaving a balance on hand of[1] | $ | 176,357.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  10/31/2014  and the deadline for filing governmental claims was  09/20/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,618.94 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,618.94 , for a total compensation of $ 11,618.94 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 62.32 , for total expenses of $ 62.32 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/16/2016            By: /s/Leigh R. Meininger
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-04761 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | Leigh R. Meininger |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ADENIYI ADEREMI OKUNLOLA | | | | Date Filed (f) or Converted (c): | 03/24/2010 (f) |
| | ANGELA FRANCESCA OKUNLOLA | | | | 341(a) Meeting Date: | 05/06/2010 |
| For Period Ending: | 03/16/2016 | | | | Claims Bar Date: | 10/31/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4949 Donovan Street, Orlando, FL | 186,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand (u) | 40.00 | 0.00 | | 0.00 | FA |
| 3. Checking & Savings | 150.00 | 0.00 | | 0.00 | FA |
| 4. Older Household Goods & Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing (u) | 100.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 55.00 | 0.00 | | 0.00 | FA |
| 7. 401k from Employer | 16,000.00 | 0.00 | | 0.00 | FA |
| 8. 2004 Honda Accord | 8,500.00 | 0.00 | | 0.00 | FA |
| 9. 1996 Lexus LS | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Personal Injury Lawsuit (u) | 0.00 | 0.00 | | 300,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $213,845.00          $0.00          $300,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

07/21/14: Case to be reopened for a personal injury lawsuit. D. Fuller Haring of Bogin, Munns & Munns, P.A. to be appointed as special counsel.

07/29/14: Application to Employ D. Fuller Haring as Special Counsel is filed (Document Number 29).

08/06/14:  Order Approving Application to Employ D. Fuller Haring as Special Counsel is entered (Document Number 33).  386-763-2092

11/05/14: Claims review complete.

11/04/15: Motion for and Notice of Proposed Compromise of Controversy is filed (Document Number 37).

12/11/15: Order Granting Motion to Approve Compromise or Settlement is entered (Document Number 39).


Initial Projected Date of Final Report (TFR): 02/15/2015          Current Projected Date of Final Report (TFR): 12/23/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                           Exhibit B

Case No: 10-04761                                    Trustee Name: Leigh R. Meininger
Case Name: ADENIYI ADEREMI OKUNLOLA                  Bank Name: Bank of Kansas City
ANGELA FRANCESCA OKUNLOLA                            Account Number/CD#: XXXXXX6562
                                                     Checking
Taxpayer ID No: XX-XXX0421                           Blanket Bond (per case limit): $32,583,498.00
For Period Ending: 03/16/2016                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/15 | 10 | Geico General Insurance Co. | Settlement Agreement | 1142-000 | $300,000.00 | | $300,000.00 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $425.03 | $299,574.97 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $430.89 | $299,144.08 |
| 12/15/15 | 1001 | D. Fuller Haring, Esquire Bogin, Munns & Munns, P.A. 2601 Technology Drive Orlando, Florida 32804 | Special Counsel Fees Reversal  To Change Payee Name to Law Firm Only | 3210-000 | | ($120,000.00) | $419,144.08 |
| 12/15/15 | 1002 | D. Fuller Haring, Esquire Bogin, Munns & Munns, P.A. 2601 Technology Drive Orlando, Florida 32804 | Special Counsel Expenses Reversal To Change Payee Name to Law Firm Only | 3220-000 | | ($3,180.49) | $422,324.57 |
| 12/15/15 | 1001 | D. Fuller Haring, Esquire Bogin, Munns & Munns, P.A. 2601 Technology Drive Orlando, Florida 32804 | Special Counsel Fees Pursuant to Order Granting Motion for and Notice of Proposed Compromise of Controversy (Document Number 39) | 3210-000 | | $120,000.00 | $302,324.57 |
| 12/15/15 | 1002 | D. Fuller Haring, Esquire Bogin, Munns & Munns, P.A. 2601 Technology Drive Orlando, Florida 32804 | Special Counsel Expenses Pursuant to Order Granting Motion for and Notice of Proposed Compromise of Controversy (Document Number 39) | 3220-000 | | $3,180.49 | $299,144.08 |
| 12/15/15 | 1003 | Bogin,Munns & Munns, P.A. 2601 Technology Drive Orlando, Florida 32804 | Special Counsel Fees Pursuant to Order Granting Trustee's Motion for and Notice of Proposed Compromise of Controversy (Document Number 39). | 3210-000 | | $120,000.00 | $179,144.08 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                         Page Subtotals:                 $300,000.00        $120,855.92

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-04761 | Trustee Name: | Leigh R. Meininger |
| Case Name: | ADENIYI ADEREMI OKUNLOLA | Bank Name: | Bank of Kansas City |
| | ANGELA FRANCESCA OKUNLOLA | Account Number/CD#: | XXXXXX6562 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0421 | Blanket Bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 03/16/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/15 | 1004 | Bogin, Muns & Munns, P.A.<br>2601 Technology Drive<br>Orlando, Florida 32804 | Pursaunt to Court Order Pursuant to Order Granting Trustee's Motion for and Notice of Proposed Compromise of Controversy (Document Number 39). | 3220-000 | | $3,180.49 | $175,963.59 |
| 03/15/16 | | Bogin Munns & Munns, PA | Reimbursement of Legal Expenses | 3220-000 | | ($393.44) | $176,357.03 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $300,000.00 | $123,642.97 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $300,000.00 | $123,642.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $300,000.00 | $123,642.97 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $2,787.05

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6562 - Checking | $300,000.00 | $123,642.97 | $176,357.03 |
| | $300,000.00 | $123,642.97 | $176,357.03 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $300,000.00 |
| Total Gross Receipts: | $300,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:10-04761-KSJ  
Debtor Name: ADENIYI ADEREMI OKUNLOLA  
Claims Bar Date: 10/31/2014  
Date: March 16, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Leigh R. Meininger<br>Post Office Box 1946<br>Orlando, FL  32802-1946 | Administrative | | $0.00 | $11,618.94 | $11,618.94 |
| 100 2200 | Leigh R. Meininger<br>Post Office Box 1946<br>Orlando, FL  32802-1946 | Administrative | | $0.00 | $62.32 | $62.32 |
| 100 2700 | Clerk of the Court<br>United States Bankruptcy Court<br>400 West Washington Street, Suite 5100<br>Orlando, Florida 32801 | Administrative | | $0.00 | $260.00 | $260.00 |
| 100 3210 | Esquire D. Fuller Haring<br> Bogin, Munns & Munns, P.A.<br>2601 Technology Drive<br>Orlando, Florida 32804 | Administrative | | $0.00 | $120,000.00 | $120,000.00 |
| 100 3220 | Esquire D. Fuller Haring<br> Bogin, Munns & Munns, P.A.<br>2601 Technology Drive<br>Orlando, Florida 32804 | Administrative | | $0.00 | $3,180.49 | $2,787.05 |
| 1 300 7100 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | Unsecured | | $0.00 | $5,552.94 | $5,552.94 |
| 2 300 7100 | Fairwinds Credit Union<br>3087 N Alafaya Tr<br>Orlando, Fl 32826 | Unsecured | | $0.00 | $8,933.23 | $8,933.23 |
| 3 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $5,863.52 | $5,863.52 |
| 4 300 7100 | Maryland Automobile Insuranc<br>Po Box 2071<br>Annapolis, Md 21404-2071 | Unsecured | | $0.00 | $7,967.73 | $7,967.73 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:10-04761-KSJ  
Debtor Name: ADENIYI ADEREMI OKUNLOLA  
Claims Bar Date: 10/31/2014  
Date: March 16, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 | American Express Centurion Bank | Unsecured | | $0.00 | $2,715.46 | $2,715.46 |
| 300 | C/O Becket And Lee Llp | | | | | |
| 7100 | Pob 3001 | | | | | |
| | Malvern Pa 19355-0701 | | | | | |
| | Case Totals | | | $0.00 | $166,154.63 | $165,761.19 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:10-04761-KSJ
Case Name: ADENIYI ADEREMI OKUNLOLA
           ANGELA FRANCESCA OKUNLOLA
Trustee Name: Leigh R. Meininger

| | Balance on hand | $ | 176,357.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Leigh R. Meininger | $ 11,618.94 | $ 0.00 | $ 11,618.94 |
| Trustee Expenses: Leigh R. Meininger | $ 62.32 | $ 0.00 | $ 62.32 |
| Attorney for Trustee Fees: Esquire D. Fuller Haring | $ 120,000.00 | $ 120,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: Esquire D. Fuller Haring | $ 2,787.05 | $ 2,787.05 | $ 0.00 |
| Charges: Clerk of the Court | $ 260.00 | $ 0.00 | $ 260.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 11,941.26 |
| Remaining Balance | $ | 164,415.77 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,032.88  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $ 5,552.94 | $ 0.00 | $ 5,552.94 |
| 2 | Fairwinds Credit Union | $ 8,933.23 | $ 0.00 | $ 8,933.23 |
| 3 | Discover Bank | $ 5,863.52 | $ 0.00 | $ 5,863.52 |
| 4 | Maryland Automobile Insuranc | $ 7,967.73 | $ 0.00 | $ 7,967.73 |
| 5 | American Express Centurion Bank | $ 2,715.46 | $ 0.00 | $ 2,715.46 |
| | Total to be paid to timely general unsecured creditors | | | $ 31,032.88 |
| | Remaining Balance | | | $ 133,382.89 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 761.67 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 132,621.22 .